**Return of Service**

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Jason Slack                                                      Case Number: 1:25-cv-01168
  Plaintiff

vs.

America's Hope Daycare and Preschool, LLC d/b/a
Mrs. Bee's Learning Academy
  Defendant


On behalf of:
Joshua Erlich
Erlich Law Office, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA 22209


Received by Cavalier to be served on America's Hope Daycare and Preschool, LLC, Registered Agent: Legalinc Corporate Services, Inc, at 4445 Corporation Lane, Suite 147, Virginia Beach, VA 23462.

I, Angela Brown, being duly sworn, depose and say that on October 2, 2025 at or about 2:11 PM I served Summons in a Civil Action; Complaint; Civil Cover Sheet; and Exhibits A-E personally to Kristin Michels as authorized recipient for registered agent of America's Hope Daycare and Preschool, LLC. Service occurred at 4445 Corporation Lane Suite 147 Virginia Beach, VA 23462.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


Angela Brown                    Date 10/2/25
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-149393

## Letter of Authorization by Legalinc Corporate Services, Inc,

Pursuant to Va. Code Ann. § 13.1-1015, Va. Code Ann. § 13.1-634, and other applicable law, Legalinc Corporate Services, Inc,, located at 4445 Corporation Lane Ste 147 Virginia Beach, VA 23462, hereby designates the following natural persons:

- Jessica Waddell
- Lindsey Herrera
- Kristin Michels
- Taylin Riley

as person upon whom any process, notice, or demand may be

served. Executed this 12th day of August 2025.

*Genevieve Hughes*

Genevieve Hughes
Vendor Manager